# SCHEDULE A

# SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved March 23, 2018, as Public Law 115-141, div. F, tit. II, 132 Stat. 348,which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## SCHEDULE B

## PUBLIC PURPOSE

The public purpose for which said property is taken is to conduct surveying, testing, and other investigatory work needed to plan the proposed construction of roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

## LEGAL DESCRIPTION

Zapata County, Texas

Tract: LRT-LRS-1101
Owner: CCMD, LLC
Acres: 173.69

Field notes describing a 173.69 acre parcel of land, more or less, (called to contain 173.67 acres), recorded in volume 1159, pages 644-648, Deed Records of Zapata County, Texas. Herein described tract, situated in abstract 1271, original grantee HE & WT RR, abstract 209, original grantee JV Borrego, and abstract 571, original grantee GC & SF RR, being more particularly described by metes and bounds as follows:

Beginning at found 5/8 inch iron rod being the northerly corner of a parcel (called to contain 173.67 acres), recorded in Volume 1159, Pages 644-648, Deed Records of Zapata County, Texas and the easterly corner of Share 3 (called to contain 46.39 acres), recorded in Volume 39, Pages 1-9, Deed Records of Zapata County, Texas, situated on the southwesterly line of Share 2 (called to contain 258.0 acres), recorded in Volume 56, Pages 517-520, Deed Records of Zapata County, Texas, for the POINT OF BEGINNING of this 173.69 acre tract and the northerly corner hereof;

Thence, S 35°37'11" E, with the common boundary between said Share 2 and herein described tract a distance of 265.16 feet, to a found 5/8 inch iron rod being the northerly corner of Share 5 called to contain 106.19 acres, recorded in Volume 39, Pages 1-9, Deed Records of Zapata County, Texas, for an exterior corner hereof;

Thence, S 41°09'08" W, with the common boundary between said Share 5 and herein described tract, a distance of 158.61 feet, to an 8" fence post, for an interior corner hereof;

Thence, S 05°19'27" E, with the common boundary between said Share 5 and herein described tract a distance of 772.22 feet, to an 8" fence post, for a point of deflection hereof;

Thence, S 02°04'27" E, with the common boundary between said Share 5 and herein described tract a distance of 1094.44 feet, to an 8" fence post being an interior corner of said Share 5, for the most southeasterly easterly corner hereof;

**SCHEDULE C, cont'd**

Thence, S 54°14'20" W, with the common boundary between said Share 5 and herein described tract a distance of 3791.43 feet, to a point being a westerly corner of said Share 5, for the southerly corner hereof;

Thence, with the westerly line of herein described tract, along the bank of the Rio Grande River, for the following points of deflection hereof:

N 25°21'13" W, a distance of 386.31 feet;
N 38°53'48" E, a distance of 366.23 feet;
N 62°45'08" W, a distance of 185.51 feet;
S 59°20'33" W, a distance of 156.92 feet;
N 37°56'59" W, a distance of 374.07 feet;
N 26°54'49" W, a distance of 375.67 feet;

Thence, N 53°21'05" W, with westerly line of herein described tract, same being along the bank of the Rio Grande River, a distance of 110.86 feet, to a point being the southerly corner of said Share 3, for the most westerly corner hereof;

Thence, N 54°30'59" E, along the fence line occupied as the common boundary between said Share 3, and herein described tract a distance of 1054.08 feet, to a 9" fence post being an exterior corner of said Share 3, for an interior corner hereof;

Thence, N 35°34'43" W, along the fence line occupied as the common boundary between said Share 3, and herein described tract a distance of 387.69 feet, to a found 5/8 inch iron rod being an interior corner of said Share 3, for an exterior corner hereof;

Thence, N 54°25'21" E, along the fence line occupied as the common boundary between said Share 3, and herein described tract a distance of 3697.07 feet, to said POINT OF BEGINNING, containing with these metes and bounds 173.69 acres more or less.

# SCHEDULE D

# SCHEDULE D

## MAP or PLAT



LAND TO BE CONDEMNED

Tract: LRT-LRS-1101
Owner: CCMD, LLC
Acreage: 173.69

* The case caption identifies acreage for the entire parent tract; access to the entire parent tract may be necessary to complete a survey of the proposed tract designated in yellow on the map above.

# SCHEDULE E

## SCHEDULE E

ESTATE TAKEN

Zapata County, Texas

Tracts: LRT-LRS-1101
Owner: CCMD, LLC
Acres: 173.69

The estate taken is a temporary, assignable easement beginning on the date possession is granted to the United States and ending 12 months later, consisting of the right of the United States, its agents, contractors, and assigns to enter in, on, over and across the land described in Schedule C to survey, make borings, and conduct other investigatory work for the purposes described in Schedule B and to access adjacent lands; including the right to trim or remove any vegetative or structural obstacles that interfere with said work; reserving to the landowners, their successors and assigns all right, title, and privileges as may be used and enjoyed without interfering with or abridging the rights hereby acquired; subject to minerals and rights appurtenant thereto, and to existing easements for public roads and highways, public utilities, railroads and pipelines.

# SCHEDULE F

## SCHEDULE F

ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the lands being taken is ONE HUNDRED DOLLARS AND NO/100 ($100.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto; and, an additional sum determined at the conclusion of the temporary estate described in Schedule E to constitute actual damages, if any.

# SCHEDULE G

## SCHEDULE G

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **CCMD, LLC**<br>Carlos G. Cigarro, Manager / Director<br>702 E. Calton Road<br>Laredo, Texas  78041 | **LRT-LRS-1101**<br>Warranty Deed with Vendor's Lien, Doc #00176450; vol 929, pg 327; Recorded July 5, 2013, Official Records of Zapata County |