United States District Court
Southern District of Texas

**ENTERED**

April 19, 2021

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 5:20-CV-196 |
| | § | |
| 173.69 ACRES OF LAND, MORE OR | § | |
| LESS, SITUATED IN ZAPATA | § | |
| COUNTY, STATE OF TEXAS AND | § | |
| CCMD, LLC. | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendant CCMD, LLC's Opposed Motion to Stay. (Dkt. No. 9). CCMD requests that the Court stay this case until the Court renders a final judgment in a separate case, *Zapata County v. Biden*, Civil Action No. 5:20-cv-00106. (*Id.* at 1). The Government filed its response, (Dkt. No. 10), and CCMD filed a reply, (Dkt. No. 11).

"[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). A stay is warranted when it serves the interests of judicial economy and efficiency. *La. Stadium & Exposition Dist. v. Fin. Guar. Ins. Co.*, 2009 WL 926982, at *1 (E.D. La. Apr. 2, 2009).

The Court has previously postponed the Initial Pretrial and Scheduling Conference in this case until May 19, 2021, (Dkt. Nos. 13, 14), consistent with the date of status conferences scheduled in other pending border wall cases to discuss, *inter alia*, the status of the Government's plan for proceeding with these border wall cases.

The Court **GRANTS in part** Defendant CCMD, LLC's Opposed Motion to Stay, (Dkt. No. 9), and **STAYS** this case until the Initial Pretrial and Scheduling Conference to be held on **May 19, 2021**. The Court is granting this stay in the interest of judicial economy and does not at this time evaluate the equities that the parties have delineated

in their briefs. At the time of the conference, the Court will consider whether to extend the stay.

It is so **ORDERED**.

**SIGNED** on April 19, 2021.

John A. Kazen
United States Magistrate Judge